AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 07-23008-CIV-COOKE

Cara Jennings, et al.,

          Plaintiff

v.

City of Miami, et al.,

          Defendant

*[handwritten: CMW HTD 3/10/08 10:30am Kathelyn Walker]*

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

Deputy Chief Frank Fernandez
Miami Police Department
400 NW 2nd Avenue
Miami, FL   33130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry M. Silver, P.A., 1200 S. Rogers Circle, Suite 8, Boca Raton, FL   33487

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SUMMONS**

**February 27, 2008**
DATE

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE # 07-23008-CIV-Cooke

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-10-08 |
| NAME OF SERVER (PRINT) Eric Rosaler | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 400 NW 2nd Ave Miami, Fl 33130

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-10-08
Date

Signature of Server

P.O. Box 4132 Hallandale, Fl 33008
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.